■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DARRYL WILLIAMS, Appellant. [784 NYS2d 476]—Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see People v Crawford*, 71 AD2d 38 [1979]). (Appeal from Judgment of Erie Supreme Court, Joseph S. Forma, J.—Attempted Criminal Sale Controlled Substance, 3rd Degree.)

Present—Hurlbutt, J.P., Scudder, Kehoe, Gorski and Martoche, JJ.